IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR139 |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND DUNN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for extension of time to file objections to the presentence report (Filing No. 60).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until April 5, 2013, to file objections to the presentence report.

DATED this 4th day of April, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court